[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-15314
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 2, 2008
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-00009-CV-3-MCR-MD

THOMAS R. MANION,

Plaintiff-Appellant,

versus

GENERAL ELECTRIC COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 2, 2008)**

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

The sole issue on this appeal is the propriety of the district court's grant of

summary judgment in favor of the Defendant. Having carefully considered the briefs

and relevant parts of the record, we conclude that the court properly granted General Electric Company's motion for summary judgment. The content, placement, and presentation of the warnings it provided were adequate to place the Plaintiff on notice that his range could tip if the anti-tip device was not properly installed.

**AFFIRMED.**